Central Coast Bankruptcy, Inc.
Jason Vogelpohl, Esq. #252407
30 East San Joaquin Street, Suite 203 G
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                         Case No. 24-50535 HLB
SMITH, NICHOLAS                    Chapter 13

INITIAL APPLICATION FOR COMPENSATION
Debtor(s)                                         / [For cases filed on or after 11/01/2023]

Applicant, Jason Vogelpohl, hereby submits this *Initial Application for Compensation* and requests approval of attorney's fees in the amount of $7,800.00 pursuant to the *Guidelines for Payment of Attorney's Fees in Chapter 13 Cases* in the above-captioned matter. Prior to filing this case, Applicant was paid $17.00, and Applicant requests that the remaining initial fees of $7,783.00 be paid through Debtor's Chapter 13 Plan pursuant to Section 6, upon approval by this Court.

In addition to the base fee of $5,200, Applicant requests approval of the following initial fees:

*Instructions: If item is applicable, check the left column, then the # of allowed instances and the total $ amount for that item.*

| X | # | $ Total | Additional Initial Fees | Allowed |
|---|---|---|---|---|
|   |   |   | Operating business — if Schedules I & J show business income & expenses | 3,000 |
|   |   |   | Business closed within six months prior to petition date | 1,500 |
|   |   |   | Real property (principal residence) with liens | 3,000 |
|   |   |   | Other real property with liens in default | 1,500 |
|   |   |   | Other real property with liens not in defaulted | 800 |
| X | 1 | $1,200.00 | Tax claims | 1,200 |
| X | 1 | $500.00 | Student loans - excluding adversary proceedings | 500 |
|   |   |   | Cases with 25 or more creditors | 500 |
| X | 1 | $900.00 | Personal property loans/leases ($2,000 / + owed) (each) - **no** Motion/Attachment | 900 |
|   |   |   | Manufactured homes or mobile homes with secured claim(s) (each) | 1,500 |
|   |   |   | Domestic support arrears | 1,000 |
|   |   |   | Motions to extend or impose the automatic stay | 1,500 |
|   |   |   | Motion or plan with Attachment B: to value secured claim (each) *[$600 for Motion or Attachment + $900 for personal property loans or leases = $1,500]* | 1,500 |
|   |   |   | Motion or plan with Attachment C: to void wholly unsecured lien (each) | 1,500 |
|   |   |   | Motion or plan with Attachment D: to avoid 522(f) lien (each) | 1,500 |

Applicant hereby attests under penalty of perjury that the fees requested are reasonable and necessary to representation of the interests of the debtor in connection with the bankruptcy case, and the fees requested comply with the *Guidelines for Payment of Attorney's Fees in Chapter 13 Cases* and with the *Rights and Responsibilities of Chapter 13 Debtors and their Attorneys* filed herein. See Doc. No. 1.

WHEREFORE, Applicant requests that the Court enter an order approving the Application and for such other and further relief as the Court deems just and proper.

Dated: May 15, 2024                        Respectfully Submitted,

                                                                  By: /s/ Jason Vogelpohl, BN 252407