DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

NICHOLAS WAYNE SMITH

        Debtor

) Chapter 13
) Case No.  24-50535 HLB
)
) TRUSTEE'S OBJECTION TO CONFIRMATION
) WITH CERTIFICATE OF SERVICE
)
) 341 Meeting Date: JUNE 7, 2024 @ 9:45 AM
) Initial Confirmation Hearing Date: JUNE 20, 2024
) Initial Confirmation Hearing Time: 10:00 AM
) Place: Telephonic or Video Only
)
) Judge:  Hannah L. Blumenstiel

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of the Debtor's Plan for the following reasons:

1. Pursuant to the Trustee's review of the Debtor's payment advice dated March 25, 2024, the Debtor's average monthly income is $14,742.25; however, Schedule I and Form 122C-1 and 122C-2 list the Debtor's average monthly income as only $13,542.79.  In order to ensure compliance with 11 U.S.C. §1325(b)(1)(B), the Trustee requests complete copies of the Debtor's pay advices received in the six (6) months prior to filing.

2. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee

| | |
|---|---|
| 1 | requests that the Debtor provide her with a copy of each federal and state income tax return |
| 2 | and W-2 form required under applicable law with respect to each tax year of the Debtor's |
| 3 | ending while the case is pending confirmation.  The tax return shall be provided to her at |
| 4 | the same time it is filed with the taxing authority. |

Dated: June 3, 2024                                    /S/ Devin Derham-Burk
                                                       _____
                                                       Chapter 13 Trustee

Trustee's Objection to Confirmation – 24-50535 HLB

Case: 24-50535    Doc# 13    Filed: 06/03/24    Entered: 06/03/24 15:04:25    Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within case; my business address is 105 Cooper Court, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on June 3, 2024.

Said envelopes were addressed as follows:

| | |
|---|---|
| NICHOLAS WAYNE SMITH<br>823 WALNUT ST<br>PACIFIC GROVE, CA 93950 | CENTRAL COAST BANKRUPTCY INC<br>30 E SAN JOAQUIN ST #203-G<br>SALINAS, CA 93901 |

/S/ Tania Ribeiro
_____
Office of Devin Derham-Burk, Trustee