D<small>EVIN</small> D<small>ERHAM</small>-B<small>URK</small>, #104353
C<small>HAPTER</small> 13 T<small>RUSTEE</small>
N<small>ANETTE</small> D<small>UMAS</small>, E<small>SQ</small>. #148261
J<small>ANE</small> Z. B<small>OHRER</small>, E<small>SQ</small>. #243692
P.O. B<small>OX</small> 50013
S<small>AN</small> J<small>OSE</small>, CA 95150-0013
T<small>ELEPHONE</small>:   (408) 354-4413
F<small>ACSIMILE</small>:   (408) 354-5513

# U<small>NITED</small> S<small>TATES</small> B<small>ANKRUPTCY</small> C<small>OURT</small>
## N<small>ORTHERN</small> D<small>ISTRICT OF</small> C<small>ALIFORNIA</small> - S<small>AN</small> J<small>OSE</small> D<small>IVISION</small>

| | |
|---|---|
| I<small>N</small> R<small>E</small>:<br>**NICHOLAS WAYNE SMITH,**<br><br>Debtor. | C<small>HAPTER</small> 13 C<small>ASE</small> N<small>O</small>. 24-50535 HLB<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT**<br><br>Date:   None set<br>Time:   None set<br>Judge:   Hon. Hannah L. Blumenstiel |

Devin Derham-Burk, Chapter 13 Standing Trustee ("Trustee") hereby requests entry of an order granting her Motion for Approval of Nonstandard Provision in Chapter 13 Plan ("Motion") [Docket #24] by default. In support of her request, the Trustee states as follows:

1. On October 2, 2024, the Trustee filed the Motion. [Docket #24]. The Motion asks the Court to approve the use of the nonstandard provision set forth at § 10 of Debtor's second amended Chapter 13 Plan, [Docket #22], that was filed on September 19, 2024. The nonstandard provision will require Debtor to give the Trustee copies of his Federal and State income tax returns and accompanying W-2 forms by April 30 of each year while the case is pending.

2. On October 2, 2024, the Trustee filed and served upon Debtor and Debtor's counsel the Motion and a Notice and Opportunity for Hearing on the Motion ("Notice") [Docket #25], pursuant to Bankruptcy Local Rule 9014-1(b)(3)(A).  The Trustee filed a Certificate of Service ("COS") attesting to service of the Motion and Notice.  [Docket #25-1].

3. The required twenty-one (21) days have passed since the Notice and Motion were served upon the interested parties, and no objections have been filed or served on the Trustee.  In addition, the Trustee has not been contacted by any party in interest expressing concern or opposition to the relief requested in the Motion.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the Motion by default.  The Trustee's proposed form of order is submitted concurrently with this Request.

Dated:  October 24, 2024                                  Respectfully submitted,


/s/ *Jane Z. Bohrer*
Attorney for Chapter 13 Trustee