DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                             )   Chapter 13
                                                   )   Case No. 24-50535 HLB
NICHOLAS WAYNE SMITH                               )
                                                   )
                                                   )
_____Debtor_____)

**TRUSTEE'S STATEMENT OF RESOLUTION**

All objections to confirmation have been resolved and the above case, which is currently on the Trustee's Pending List, is ready to be restored to the next available confirmation calendar so that the Trustee can recommend confirmation. The Trustee requests that the Court restore the matter to the next available confirmation calendar and provide notice to all interested parties of the date and time of the hearing.

Dated: November 18, 2024             /s/ DEVIN DERHAM-BURK
                                     DEVIN DERHAM-BURK, TRUSTEE

Case: 24-50535   Doc# 29   Filed: 11/18/24   Entered: 11/18/24 15:21:02   Page 1 of 1