

Signed and Filed: December 4, 2024

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:  (408) 354-5513

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In Re: | Chapter 13 |
|---|---|
| NICHOLAS WAYNE SMITH | Case No. 24-50535 HLB |
| Debtor | **ORDER CONFIRMING PLAN AND APPROVING ATTORNEY'S FEES** |

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. § 1325.  Therefore, **IT IS ORDERED** that the plan filed at Docket #22 is confirmed.

**IT IS FURTHER ORDERED THAT:**

1.   Any creditor whose claim is entirely disallowed by final non-appealable order, and any creditor listed in the Debtor's Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee, unless such creditor files a request for special notice with the Court, and serves such request on the Trustee and Debtor's attorney.  Notwithstanding the above, if any proposed action would directly and adversely impact a creditor, that creditor must be given notice of any motion or application.

2. If the Debtor fails to timely tender a payment, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty-one (21) days of said notice: 1) cure the default; 2) meet and confer with the Trustee and enter into an agreement resolving the default in a manner acceptable to the Trustee; OR 3) file and serve a Motion to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

## ATTORNEY FEES

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtor's attorney in the full amount of $7,800.00 are approved, $17.00 of which was paid prior to the filing of the petition. The Attorney and Debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, and have otherwise complied with the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases as promulgated by the Court. The balance of $7,783.00 shall be paid by the chapter 13 Trustee from plan payments in accordance with Section 5 of the plan.

**** END OF ORDER ***

# COURT SERVICE LIST

Case Name: NICHOLAS WAYNE SMITH                Case No.: 24-50535 HLB

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE